BRAND, Respondent, v. GLOCKNER, Appellant. (Supreme Court, Appellate Division, First Department. March 29, 1912.) Action by Belle Brand against Jacob Glockner. E. W. S. Johnston, for appellant. W. J. Rosenstein, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 143 App. Div. 909, 127 N. Y. Supp. 1113.

BRETTLE, Respondent, v. HIBBARD, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 6, 1912.) Action by Dorothy Brettle, an infant, etc., against Frank C. Hibbard. No opinion. Judgment and order affirmed, with costs.

BRIGGS v. HUSING. (Supreme Court, Appellate Term. April 16, 1912.) Appeal from Municipal Court, Borough of Manhattan, Fifth District. Action by John H. Briggs, doing business as the Standard Coat & Apron Supply Company, against August Husing. Judgment for plaintiff, and defendant appeals. Modified, and affirmed conditionally. Morris Kamber, of New York City, for appellant. Kendrick & Kendrick, of New York City, for respondent.

BIJUR, J. This action was brought to recover for the use of coats and aprons furnished by plaintiff to defendant's barkeepers. Judgment was rendered for the full amount demanded in the bill of particulars. On conflicting evidence, the court evidently believed the plaintiff's version; but, on cross-examination, the plaintiff himself testified that defendant ordered him to deliver six coats and twelve aprons. Whether this means weekly, or at each delivery, is not clear. He also testified that defendant had ordered him to deliver as much as was needed. Measured by the limitation which plaintiff himself concedes was placed upon the order, and even adding thereto the possible extension of three additional coats, which defendant admitted to have ordered to be delivered weekly, apparently at plaintiff's discretion, the judgment is excessive. Under the circumstances, we must adopt the suggestion of the appellant that, if the plaintiff will acquiesce in a reduction of the judgment to the sum of $133.40 and appropriate costs in the court below, the judgment, as thus modified, will be affirmed, without costs to either party upon this appeal; otherwise, the judgment must be reversed, and a new trial ordered, with costs to the appellant to abide the event. All concur.

BROCKENSHIRE, Respondent, v. ERIE R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 20, 1912.) Action by William E. Brockenshire, Jr., an infant, etc., against the Erie Railroad Company.

PER CURIAM. Judgment and order affirmed, with costs.

SPRING, J., dissents, upon the ground that as matter of law the plaintiff was guilty of contributory negligence.

BROWN, Respondent, v. MULVANY et al., Appellants. (Supreme Court, Appellate Division, First Department. March 29, 1912.) Action by William G. Brown, as guardian, against Mary C. Mulvany, Sr., and another. M. Schleimer, for appellants. G. H. Savage, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

BRYON v. BERNSTEIN. (Supreme Court, Appellate Division, First Department. March 15, 1912.) Action by William J. Bryon against Paul Bernstein. No opinion. Motion denied, with $10 costs. Order filed. See, also, 133 N. Y. Supp. 792.

BUFFALO, L. & R. RY. CO., Respondent, v. HOYER et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. March 20, 1912.) Action by the Buffalo, Lockport & Rochester Railway Company against John B. Hoyer and others. No opinion. Motion for leave to appeal to Court of Appeals (147 App. Div. 205, 132 N. Y. Supp. 31) granted, and questions for review certified. See, also, 142 App. Div. 911, 127 N. Y. Supp. 1114.

In re BUFFALO, R. & E. R. CO. (Supreme Court, Appellate Division, Third Department. March 26, 1912.) In the matter of the application of the Buffalo, Rochester & Eastern Railroad Company for a certificate of public necessity.

PER CURIAM. Motion for leave to submit, upon the appeal, the exhibits without printing the same, granted subject to an order to be made upon the argument, if deemed necessary, for the printing of any part or all of the same.

BURGEVIN, Respondent, v. BONSALL, Appellant. (Supreme Court, Appellate Division, Second Department. April 4, 1912.) Action by Paul J. Burgevin against Seymour W. Bonsall.

PER CURIAM. Order of the County Court of Westchester County modified, so as to require plaintiff to serve a bill of particulars, which shall state what articles were furnished, what work was performed, and, as nearly as practicable, the time of such performance, without costs of the motion, and, as so modified, order affirmed, without costs.

BURKAN, Respondent, v. MUSICAL COURIER CO., Appellant. (Supreme Court, Appellate Division, First Department. March 15, 1912.) Action by Nathan Burkan against the Musical Courier Company. E. W. Wise, for appellant. A. Bangser, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 142 App. Div. 939, 127 N. Y. Supp. 1114.

In re BURKE. (Supreme Court, Appellate Division, First Department. April 4, 1912.) In the matter of Luke A. Burke. No opinion.